# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeals of -- | ) | |
| | ) | |
| Scale Structure/ARCC Joint Venture | ) | ASBCA Nos. 59026, 59284 |
| | ) | |
| Under Contract No. W5J9LE-10-C-0008 | ) | |

APPEARANCE FOR THE APPELLANT:     Domenic Senger-Schenck, Esq.
                    Rosenstock Legal Services
                    Kabul, Afghanistan

APPEARANCES FOR THE GOVERNMENT:     Thomas H. Gourlay, Jr., Esq.
                    Engineer Chief Trial Attorney
                 James D. Stephens, Esq.
                 Rebecca L. Bockmann, Esq.
                    Engineer Trial Attorneys
                    U.S. Army Engineer District, Middle East
                    Winchester, VA

## ORDER OF DISMISSAL

The dispute which is the subject of the appeals having been settled, the appeals are hereby dismissed with prejudice subject to reinstatement only in the event the settlement is not consummated. Any request to reinstate the subject appeals must be filed within 180 days of the date of this Order.

Dated: 9 February 2016

REBA PAGE
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 59026, 59284, Appeals of Scale Structure/ARCC Joint Venture, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals